## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Tyler W. Parkison, a law enforcement officer with the Drug Enforcement Administration ("DEA"), being duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. This affidavit is offered in support of a request for a criminal complaint and arrest warrant for Jonathan P. JOHNSON, for a violation of federal law that took place on or about April 23, 2025, in Cuyahoga County and the Northern District of Ohio, namely, Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1).

## AFFIANT TRAINING AND EXPERIENCE

2. I am an investigative law enforcement officer as a Special Agent of the Drug Enforcement Administration ("DEA"). As such, I am empowered to conduct investigations of and to make arrests for offenses enumerated in Titles 18 and 21 of the United States Code.

3. I have been employed with the DEA for over 20 years, becoming a Special Agent in 2008. I am currently assigned to the Cleveland District Office. I attended and graduated from DEA Basic Agent Training at the DEA Training Academy located in Quantico, Virginia in December of 2008. During this training, I received comprehensive, formalized instruction in matters such as drug identification, detection, money laundering techniques, and asset identification, seizure, and forfeiture. Prior to my employment as a DEA Special Agent, I worked as a DEA Diversion Investigator. In my capacity as a DEA Special Agent, I investigate federal drug and money laundering offenses under Titles 18 and 21 of the United States Code. During my career, I have been lead investigator or have participated in many criminal investigations involving violations of the Controlled Substance Act. I have also assisted several

1

investigations that involved the monitoring and recording of court-authorized Title III interceptions.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter.

## FACTS ESTABLISHING PROBABLE CAUSE

### *Background on Pill-Pressing Operations*

5. I know from my own training and experience and from discussions with other investigators that an increasingly common way for drug traffickers to package and sell controlled substances is in tablet/pill form. For example, it is common to see fentanyl pressed into a tablet form to make it look identical to a blue colored oxycodone 30 mg tablet. It is also increasingly common to see methamphetamine pressed into a tablet form to make it look identical to ecstasy tablets. The main tools used to manufacture these types of illicit tablets are: (1) controlled substances in powder form, (2) a binding agent that is mixed with the controlled substance to harden it, and (3) a pill press machine that stamps the mixture into a uniform looking tablet. Generally speaking, pill press machines and binding agents are legally available to the public and can be ordered online.

6. I have investigated cases involving drug traffickers who use a pill press to illicitly manufacture M30 fentanyl pills and methamphetamine pills that look like ecstasy. I know that pill presses can make hundreds of these tablets at a time. I also know that, except for companies that manufacture legal pharmaceuticals, there are very few legitimate uses for pill presses. As indicated above, pill presses are used to make very large quantities of tablets at a time.

2

*Initial Identification of Jonathan JOHNSON after he Orders a $1,564 Manual Desktop Tablet Press and a Kilogram of Firmapress.*

7. On November 30, 2023, a representative from LFA Machines DFW LLC, 955 North Sylvania, Fort Worth, Texas 76111 submitted information regarding the sale of a desktop tablet press to DEA via form 452 under transaction ID: NG6ETA2-1 as required by the Code of Federal Regulations Sections 1310.03 and 1310.05. Based on review of business records provided pursuant to legal process, the following information was present on the 452 forms.

   a. LFA Machines sold a manual desktop tablet press (Make: LFA Machines Taiwan Limited, Model: TDP 0, serial number ACBA22BF99) to Jonathan JOHNSON (hereinafter referred to as J.JOHNSON) at 10502 Dove Avenue, Cleveland, Ohio 44105, Phone number: (440) 538-4330, email: Bravo30times@gmail.com.  The mode of transport was via FedEx Mail.  In the purpose/need section it listed the reason for purchase of the tableting machine as "Vitamin EVitamin e Biotin Keratin Collagen LFA BINDER".

8. From reviewing LFA's website, investigators found the same make/model pill press for sale. A recent screenshot of that pill press on LFA's website is copied below:

3



9. On March 12, 2025, a DEA administrative subpoena was submitted to a representative of LFA Machines seeking additional information regarding the sale of the tablet press to J.JOHNSON, and information about any other purchases made by J.JOHNSON from LFA Machines. On March 13, 2025, a representative of LFA Machines provided the following information as requested by the subpoena.

   a. The information included a copy of a Due Diligence Form for the sale of the tablet press to J.JOHNSON. The form was dated November 28, 2023 and was electronically signed by J.JOHNSON. The form listed J.JOHNSON'S address as 10502 Dove Avenue with a telephone number of 216-387-7939 and email address Bravo30times@gmail.com. It also listed J.JOHNSON'S company name as "Young imagination", and J.JOHNSON'S position as the owner. A copy of J.JOHNSON'S State of Ohio Driver's License was attached to the form.

   b. A payment image received from LFA Machines showed on November 27, 2023, J.JOHNSON utilized a Mastercard debit card ending in 1259 issued by

4

      Huntington National Bank to pay $1,564.09 to LFA Machines for the purchase of the tablet press. In the shipping section, the recipient was listed as Jonathan Johnson at 10502 Dove Avenue, Cleveland, Ohio 44105 with telephone number 440-538-4330.

    c. In addition to the sale of the tablet press to J.JOHNSON, the spreadsheet showed that on June 16, 2023, J.JOHNSON purchased 1 kilogram of green colored Firmapress from LFA for $82.50. Firmapress is a pill binding agent utilized in the manufacturing of tablets. The spreadsheet showed the order was processed on June 16, 2023. J.JOHNSON'S address for this purchase was listed as 10502 Dove Avenue, Cleveland, Ohio 44105 with telephone number 440-538-4330. A payment image for this purchase showed J.JOHNSON utilized a Visa Prepaid Card ending in 8672 with an expiration date of January 2029 issued by Sutton Bank for the purchase. In the shipping section, the recipient was listed as John Johnson at 10502 Dove Avenue, Cleveland, Ohio 44105 with telephone number 440-538-4330.

10. According to the Ohio Secretary of State's website, Young Imaginations Limited Liability Company (the business I believe J.JOHNSON was referencing on the purchase documents for J.JOHNSON'S tablet press, which J.JOHNSON claimed to be the owner of) was incorporated effective July 21, 2018 as a Domestic Non-Profit LLC and is still active. According to the Articles of Incorporation, the purpose of the business is "YOUNG IMAGINATIONS IS A YOUTH ORGANIZATION FORMED TO HELP URBAN COMMUNITIES WITH GROWTH PROBLEMS THROUGH ENTERTAINMENT CREATIVITY EDUCATION AND MENTORING SERVICES." The statutory agent is listed as Jovonne W. Smith of 3614 E. 46th

Street, Cleveland, Ohio 44105.  On May 31, 2017, the trade name of Young Imaginations was registered with the Ohio Secretary of State by Jovonne Smith.  Young Imaginations was also incorporated by Jovonne Smith on May 31, 2017 as a Nonprofit Domestic Corporation.  According to the Articles of Incorporation documents filed with the Ohio Secretary of State, the purpose for which the corporation was formed was "Young imaginations is small organization in Cleveland Ohio with a goal to help redirect the negative views of the community to help the youth learn education morals, to stay goal oriented with fun character entertainment and interaction.  With a goal to go to different communities helping the youth with their visions and dreams to create and innovate with imagination and hard work help cheer and put smiles on the children faces using sports, reading."  Jonathan JOHNSON and Clarence Payne were listed on the trade name filed paperwork as being general partners of the business.  The Young Imaginations registered trade name and Nonprofit Domestic Corporation filed on May 31, 2017, and expired on May 31, 2022, and is only still active currently under the Young Imaginations Limited Liability Company.  Investigators did not uncover any information indicating that the Young Imaginations Limited Liability Company was involved in making vitamins.

      11.     On March 18, 2025, I reviewed the public Facebook account of J.JOHNSON, Facebook ID number 1000006741768127.  In the "Intro" section there was a link called youngimaginationcle.party present.  When I clicked on the link, an internet website opened titled, "Welcome to Young Imaginations!".  The website was advertising the rental of inflatable bounce houses for parties for children.  Also, in the "Intro" section of J.JOHNSON'S Facebook account it stated, "Large inflatables available starting at just $200 for all day rental combos get 2 for only $350".  When reviewing public social media accounts utilized by J.JOHNSON, investigators did

6

not identify any information indicating J.JOHNSON was making and/or selling vitamins, which appeared to be the reason J.JOHNSON listed for the purpose of buying the tablet press.

### *Initial Identification of Terry JOHNSON After he Orders 20 kgs of Firmapress via Amazon.*

12. On March 12, 2025, the DEA Cleveland D.O. TDS Group electronically received Amazon records for sales of Firmapress that were affiliated to J.JOHNSON and Terry G. JOHNSON from DEA's Chemical Investigation Section. Firmapress is a pill binding agent utilized in the manufacturing of tablets. The records were in Microsoft Excel format. DEA's Chemical Investigation Section received the records from Amazon pursuant to a 2703(d) Order issued out of the Eastern District of Virginia. The records showed Terry G. JOHNSON, hereinafter referred to as T.JOHNSON, purchased the following amounts of Firmapress.

   a. On December 17, 2024, T.JOHNSON ordered 1 kg of yellow, 1 kg of orange, 1 kg of blue, and 1 kg of baby blue Firmapress. The items were shipped on December 18, 2024. The IP address listed for the purchase of each of the items was 2600:387:15:1b35::7. The total cost for the Firmapress items was $327.19.

   b. On December 22, 2024, T.JOHNSON ordered 1 kg of pink, 1 kg of green, 1 kg of yellow, 1 kg of white, 1 kg of red, 1 kg of orange, 1 kg of blue, and 2 kg of baby blue Firmapress. The yellow, white, and baby blue Firmapress items were shipped on December 23, 2024, the pink, red, and blue Firmapress items were shipped on December 27, 2024, and the green and orange Firmapress items were shipped on January 12, 2025. The IP address listed for the purchase of each of the items was 2603:6011:8f0:ba50:f15f:8b81:5100:6255. The total cost for the Firmapress items was $717.01.

    c. On February 7, 2025, T.JOHNSON ordered 1 kg of yellow, and 1 kg of blue Firmapress. The Firmapress items were shipped on February 8, 2025. The IP address listed for the purchase of each of the items was 2600:387:15:1b33::2. The total cost for the Firmapress items was $177.09.

    d. On February 8, 2025, T.JOHNSON ordered 1 kg of yellow, 1 kg of white, 1 kg of blue, and 2 kg of baby blue Firmapress. The Firmapress items were shipped on February 9, 2025. The IP address listed for the purchase of each of the items was 2603:6011:8f0:5b10:1fe:ea57:6c4a:82f9. The total cost for the Firmapress items was $436.28.

13. The following is true for each of the Firmapress items purchased by T. JOHNSON. All of the Firmapress items were shipped via Amazon to T.JOHNSON at 291 E. 208th Street, Euclid, Ohio 44123 (hereafter referred to as Target Location) with phone number 216-296-2492. In the billing section, T.JOHNSON was listed with an address of 10502 Dove Avenue, Cleveland, Ohio 44105 and phone number 216-296-2492. The items were paid for with a Visa credit card in the name of Johnathan JOHNSON ending in 8672 with an expiration date of January 2029. Email address johnsonterry216216@gmail.com was listed for T.JOHNSON. The Firmapress was listed in the records as a Firmapress pill binder mixing powder for a tablet press machine, and described as an all-in-one pharmaceutical-grade pill binding excipient.

14. In total, in less than two months, 20 kilograms of Firmapress was ordered by T.JOHNSON that was paid for with J.JOHNSON'S credit card and shipped to the Target Location. Even though T.JOHNSON ordered the Firmapress, investigators have not discovered any information showing T.JOHNSON being affiliated with the Target Location. Based on my experience and when conferring with other investigators, this is an extremely large amount of

Firmapress to purchase in such a short time frame.  Through extrapolation it is estimated with 20 kilograms of Firmapress an individual could make approximately 200,000 illicit tablets.

15. On March 18, 2025, when reviewing the public Facebook account of J.JOHNSON, Facebook ID number 100006741768127, one of J.JOHNSON'S friends listed on his Facebook Account was the Facebook Account titled "Terrytg Toogood Johnson" with Facebook ID name "terry.m.johnson1".  I reviewed the public portion of this Facebook account, and observed that it was utilized by Terry Glenn JOHNSON.

16. Based on queries through CLEAR, an investigative tool that provides access to multiple proprietary and public records and that has proven reliable in previous investigations, Terry Glenn JOHNSON is affiliated with telephone number 216-296-2492.  An administrative subpoena was issued to AT&T by investigators seeking subscriber information and call records for telephone number 216-296-2492 (the phone number listed for T.JOHNSON'S purchase of the 20 kgs of Firmapress).  The subpoenaed records showed the account became active on December 15, 2022, but listed no subscriber information.  Analysis of the call records showed that telephone number 216-296-2492 (T.JOHNSON) and telephone number 440-538-4330 (the phone number affiliated to J.JOHNSON) had multiple call interactions on each day of the days that T.JOHNSON placed orders for Firmapress (December 17, 2024, December 22, 2024, February 7, 2025, and February 8, 2025).  An administrative subpoena was issued to Charter Communications by investigators seeking subscriber information for telephone number 440-538-4330.  The subpoenaed records showed telephone number 440-538-4330 was subscribed to India Robinson at the Target Location.

17. On March 28, 2025, subpoenaed records were received from Charter Communications regarding the IP addresses recorded by Amazon for the purchases of

9

Firmapress made by T.JOHNSON on the dates of December 22, 2024 (IP Address 2603:6011:8f0:ba50:f15f:8b81:5100:6255) and February 8, 2025 (IP Address 2603:6011:8f0:5b10:1fe:ea57:6c4a:82f9).  The records showed both of the IP addresses were assigned to the Charter Communications Account registered to Johnette Williams at 4357 Torwood Court, Cleveland, Ohio 44109 with telephone number 216-399-4570.

18.	Subpoenaed records for telephone number 216-296-2492 indicate that during the time period of January 9, 2025 to March 11, 2025, telephone number 216-296-2492 had the highest volume of call/text interactions (603) with telephone number 216-468-4740.  Based on a query through CLEAR, telephone number 216-468-4740 is affiliated to Shadeena M. Tate at 4357 Torwood Court, Cleveland, Ohio 44109.  Records from the Ohio Bureau of Motor Vehicles show that Tate's current State of Ohio driver's license was issued on August 2, 2022.  Tate's address is listed as 4357 Torwood Court, Cleveland, Ohio 44109.  On the dates of March 25, 2025, March 26, 2025, and March 27, 2025, investigators observed a light blue colored SUV with Ohio temporary license plate number T385857 parked in the driveway for the residence located at 4357 Torwood Court, Cleveland, Ohio 44109.  Ohio temporary license plate number T385857 is registered as a blue colored Subaru to Shadeena Tate at 4357 Torwood Court, Cleveland, Ohio 44109.  On March 27, 2025, an investigator observed a white colored Dodge Journey with Ohio license plate number KBA2842 parked on the street west of the residence at 4357 Torwood Court.  Ohio license plate number KBA2842 expired on June 23, 2023.  It was registered as a white colored 2017 Dodge Journey to T.JOHNSON at 5273 Knollwood Drive, Apartment 5, Cleveland, Ohio 44129.

19.	Based on the subpoenaed IP address information, telephone number 216-296-2492's high volume of call/text interactions with telephone number 216-468-4740 believed to be

10

utilized by Tate, and the presence of T.JOHNSON'S Dodge Journey near 4357 Torwood Court, Cleveland, Ohio 44109, I believe on the dates of December 22, 2024 and February 8, 2025 T.JOHNSON was at 4357 Torwood Court, Cleveland, Ohio 44109 when placing the Firmapress orders.

### *Jonathan JOHNSON'S affiliation to 291 E. 208th Street, Euclid, Ohio (the Target Location) where the 20 kgs of Firmapress was shipped to.*

20. Records from the Ohio Bureau of Motor Vehicles show that J.JOHNSON's current State of Ohio driver's license was issued on March 14, 2024. J.JOHNSON's address is listed as 291 E. 208th Street, Euclid, Ohio 44123, the Target Location.

21. On March 18, 2025, DEA investigators performed surveillance of the residence located at the Target Location. At approximately 4:38 p.m., an investigator observed a light blue colored Mitsubishi SUV with Ohio license plate number HVF5495 arrive at the residence and park in the driveway. At approximately 4:40 p.m., the investigator observed an unknown juvenile female exit from the passenger side of the SUV, and J.JOHNSON exit from the front driver's side of the SUV. The investigator observed J.JOHNSON and the unknown female enter the residence through the front door. Ohio license plate number HVF5495 is registered as a blue colored 2011 Mitsubishi Outlander Sport to India C. Robinson at 291 E. 208th Street, Euclid, Ohio 44123, the Target Location. Records from the Ohio Bureau of Motor Vehicles show that Robinson's current State of Ohio driver's license was issued on March 25, 2025, and her address is listed as 291 E. 208th Street, Euclid, Ohio 44123, the Target Location. Based on public social media posts, it appears J.JOHNSON and Robinson are in a relationship and have been for at least several years.

22. On March 26, 2025, a pole camera was installed within the vicinity of the Target Location that provided investigators with a view of the front of the Target Location. The pole camera does not allow investigators to view the inside of the Target Location.

23. A review of the pole camera data showed on April 2, 2025, at approximately 11:41 a.m., a gray colored car with heavily tinted windows arrived and parked on the street in front of the Target Location. At approximately 11:47 a.m., a black male matching the description of J. JOHNSON exited from the front door of the Target Location and walked to the front passenger side of the gray colored vehicle. J.JOHNSON placed his right arm into the vehicle through the front passenger side window. J.JOHNSON then removed his right arm, and placed his right hand into his coat pocket. J.JOHNSON continued to stand near the vehicle and talk to the individual(s) located inside the vehicle. At approximately 11:49 a.m., J.JOHNSON removed his right hand from his coat pocket, and placed his right arm into the vehicle through the front passenger side window. After a brief period of time, J.JOHNSON removed his right arm from the vehicle, and placed his right hand into his coat pocket. J.JOHNSON continued to speak with the individual(s) located inside the vehicle. At approximately 11:50 a.m., J.JOHNSON walked away from the vehicle in the direction of the Target Location, and the vehicle departed. Based on my experience, J.JOHNSON's actions were consistent with an individual involved in a hand-to-hand drug transaction. I believe J.JOHNSON exited from the Target Location, and illegally sold controlled substances to the individual(s) located within the vehicle.

24. A review of the pole camera data showed on April 11, 2025, at approximately 9:16 a.m., a red colored Honda CR-V arrived and parked on the street in front of the Target Location. At approximately 9:17 a.m., a black male matching the description of J. JOHNSON exited from the front door of the Target Location and walked to a green colored truck parked in

the driveway of the Target Location. Based on a prior surveillance performed at the Target Location, investigators identified the Ohio license plate number of the green truck to be KJL5431. Ohio license plate number KJL5431 is registered as a green colored 2007 Chevrolet Silverado 2500HD Truck to India Robinson at the Target Location. J.JOHNSON appeared to unlock the front driver's side door of the truck. J.JOHNSON opened the door of the truck, and reached inside of the truck with both arms for a brief moment. J.JOHNSON then placed an unknown object in the front pocket of his hooded sweatshirt. J.JOHNSON closed the truck door, and then walked to the front passenger side of the Honda CR-V. J.JOHNSON leaned into the CR-V through the front passenger window, and removed an unknown object from the front pocket of his hooded sweatshirt, which he then placed inside the CR-V through the window. A short time later, J.JOHNSON reached back into the CR-V with his right arm, and upon removing it from the CR-V appeared to have something in his right hand. J.JOHNSON placed his right hand inside the front pocket of his sweatshirt. J.JOHNSON backed away from the CR-V, and re-entered the Target Location. The CR-V departed. Based on my experience, J.JOHNSON's actions were consistent with an individual involved in a hand-to-hand drug transaction. I believe J.JOHNSON exited from the Target Location, obtained a quantity of illicit controlled substances from the truck, and illegally sold the controlled substances to the individual(s) located within the CR-V. I believe J.JOHNSON re-entered the Target Location with U.S. currency that he received as payment for the controlled substances.

25. A review of the pole camera data by investigators has shown J.JOHNSON, a black female matching the description of India Robinson, the blue colored 2011 Mitsubishi Outlander Sport with Ohio license plate number HVF5495 registered to Robinson, and the green colored 2007 Chevrolet Silverado 2500HD Truck with Ohio license plate number KJL5431

13

registered to Robinson, consistently at the Target Location from the installation of the pole camera on March 26, 2025 to the present. Based on this information, I believe J.JOHNSON and Robinson reside at the Target Location.

26. A review of J.JOHNSON's criminal history revealed on April 20, 2005, J.JOHNSON was arrested in the State of Ohio for drug possession. On September 26, 2005, J.JOHNSON pled guilty to this charge. On October 11, 2005, J.JOHNSON was arrested in the State of Ohio for trafficking in drugs. On January 20, 2006, J.JOHNSON pled guilty to this charge.

### Trash Pulls performed at *291 E. 208th Street, Euclid, Ohio (Target Location)*

27. On the dates of March 25, 2025, April 1, 2025, and April 8, 2025, at the direction of Euclid Police Department (EPD) Detectives, an EPD confidential informant utilized a trash truck to retrieve the trash placed on the curb/tree lawn at the Target Location. After collecting the trash, the confidential informant drove the trash to a secure location where Euclid Police Department (EPD) Detectives took custody of it. Subsequently, EPD Detectives searched through the trash looking for items relating to the illegal sale of controlled substances. The following items of note were recovered from the trash.

   a. March 25, 2025: a plastic baggie with residue. A presumptive field test was not performed by EPD Detectives on this baggie. This is the same type of baggie seized during a later trash pull performed on April 1, 2025 that field tested positive for the presence of Methamphetamine/MDMA/Ecstasy.

   b. April 1, 2025: a plastic baggie with white colored residue. A presumptive field test performed by EPD Detectives on the baggie was positive for the presence of Methamphetamine/MDMA/Ecstasy. The baggie was similar in size to a plastic

      sandwich bag. Based on the white residue, I believe it was used to store Methamphetamine. Based on my experience and consultation with another investigator who regularly intercepts distributable amounts of controlled substances, I believe the plastic baggies recovered from the trash pulls on March 25, 2025 and April 1, 2025 contained a distributable amount of Methamphetamine. I believe J.JOHNSON may have mixed the Methamphetamine with the Firmapress to make illicit tablets.

  c. April 8, 2025: a plastic USPS Ground Advantage parcel bag addressed to India Robinson at the Target Location; approximately 7-8 baggies/tear-offs with residue – Presumptive field tests performed by EPD Detectives on two of the baggies were both positive for the presence of Methamphetamine/MDMA. Laboratory analysis confirmed the presence of Methamphetamine residue in each of the baggies. I know that individuals involved in the illegal distribution of controlled substances will "tear off" corners of plastic baggies for the purpose of packaging controlled substances for illegal distribution and for easy concealment. I believe J.JOHNSON used the baggies for this purpose.

28. A review of the pole camera data revealed the following in regards to the trash pulls referenced above. On April 1, 2025, at approximately 6:59 a.m., an individual believed to be J.JOHNSON rolled two trash cans from the rear of the Target Location to the curb/tree lawn of the Target Location, north of the driveway. J.JOHNSON also placed a rectangular box on the curb/tree lawn. On April 8, 2025, at approximately 6:22 a.m., an individual believed to be J.JOHNSON rolled a trash can to the curb/tree lawn of the Target Location. The can was

overflowing with white trash bags.  J.JOHNSON then carried two medium sized white trash bags, two large black trash bags, and a blue rectangular object to the curb/tree lawn.

### *Federal Search Warrant on April 23, 2025 at 291 E. 208th Street, Euclid, Ohio (Target Location)*

29. On April 14, 2025, United States Magistrate Judge James E. Grimes Jr. of the Northern District of Ohio approved a federal search warrant for 291 E. 208th Street, Euclid, Ohio 44123 (Target Location), case number 1:25mj2072.  This warrant authorized the search of the Target Location for evidence of violations of federal law namely Distribution and Possession with Intent to Distribute Controlled Substances (21 USC 841(a)(1)) and Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (21 USC 841(a)(1), and 846).

30. On April 23, 2025, at approximately 6:00 a.m., investigators executed the federal search warrant at 291 E. 208th Street, Euclid, Ohio 44123 (Target Location).  Jonathan P. JOHNSON, India Robinson, A.R. (adult child of India Robinson), and three juvenile children were present in the Target Location.  The light blue colored Mitsubishi SUV with Ohio license plate number HVF5495, and the green colored truck with Ohio license plate number KJL5431 both registered to India Robinson were parked in the driveway of the Target Location.  A search of the truck resulted in the seizure of ten baggies of suspected controlled substances packaged for distribution of multi-colored pills with a gross weight of 325 grams.  In addition, ten zip lock baggies of suspected controlled substances containing multi-colored powder with a gross weight of 3,053 grams were seized from the truck.  Based on my experience, the quantity of powder in the zip lock baggies is consistent with a distribution quantity.  Field tests were performed by investigators on two of the zip lock baggies of powder that yielded a positive result for the

presence of Methamphetamine[1]. Three bags labeled as Firmapress containing powder were also located inside of the truck. A prescription bottle labeled for Jonathon JOHNSON was present inside of the truck. Affiant knows that methamphetamine is a Schedule II controlled substance.

31. A search of the Target Location resulted in the seizure of a loaded handgun and an unloaded shotgun in the closet of the first floor bedroom. Jonathan JOHNSON and India Robinson identified this as their bedroom. There was a rifle seized from the rafters in the basement. India Robinson stated the guns in the Target Location were hers.

32. India Robinson provided the following statements after being Mirandized by investigators. The truck was registered to her, but belonged to J.JOHNSON. He purchased it. Robinson had not been in the truck for six to seven months. Robinson was not aware of what was located in the truck. J.JOHNSON and Robinson moved to the Target Location in January of 2024.

33. J.JOHNSON provided the following statements after being Mirandized by investigators. J.JOHNSON admitted to making ecstasy pills. The zip lock bags recovered from the truck contained a mixture of ecstasy and Firmapress. J.JOHNSON purchased the Firmapress from Amazon. The truck is J.JOHNSON'S. He purchased it approximately two years ago. Approximately one to two months ago, J.JOHNSON started storing the ecstasy pills and powder in the truck. The pill press J.JOHNSON utilizes can make two thousand pills in an hour. J.JOHNSON purchased a quarter to a half a pound of ecstasy at a time to mix with the Firmapress in order to press the pills. All of the zip lock baggies containing the multi-colored powder contained the ecstasy mixture. Based on my experience, it is increasingly common to

---

[1] Mobiledetect field test was used to test the baggies. Investigators have used this test previously and found it to be reliable, in prior investigations.

see methamphetamine pressed into a tablet form to make it look identical to ecstasy tablets. Based on my experience and the positive field tests for the presence of Methamphetamine, I believe the ten baggies of multi-colored pills and the ten zip lock baggies containing multi-colored powder contain Methamphetamine and not ecstasy.

      34.    I therefore submit that there is probable cause to believe that Jonathan P. Johnson committed a violation of federal law, as charged in this complaint:  21 U.S.C. §§ 841(a)(1) (Possession with Intent to Distribute a Controlled Substance).

**CONCLUSION**

35. Affiant submits that there is probable cause to believe on April 23, 2025, in the Northern District of Ohio that JONATHAN P. JOHNSON committed a violation of Federal Law, namely: Possession with Intent to Distribute a Controlled Substance (Title 21, U.S.C., Section 841 (a)(1)). Therefore, Affiant requests that this Court authorize the requested Complaint and Arrest Warrant for JOHNSON.

Respectfully submitted,

_____
Tyler W. Parkison
Special Agent
DEA

Sworn to via telephone or other reliable electronic means after submission by reliable electronic means. Crim.Rules 4.1; 41(d)(3) this 23rd day of April, 2025.



James E. Grimes Jr., United States Magistrate Judge

April 23, 2025
_____
Date