UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MINUTES OF PROCEEDING AND ORDER–CRIMINAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 1:25-mj-2095 |
| Plaintiff, | |
| v. | MAGISTRATE JUDGE JAMES E. GRIMES JR. |
| JONATHAN P. JOHNSON, | |
| Defendant. | |

PROCEEDING: On April 30, 2025, the Court held a conference with Defendant's counsel, Aleesha Kazi and Jacqueline Johnson, and AUSA Marc Bullard. The Court informed counsel that it is prepared to order Defendant's release under 18 U.S.C. § 3142(c) if Defendant presents evidence satisfying the requirements of 18 U.S.C. § 3142(c)(1)(B)(xi) or (xii). Defendant's counsel will inform the Court by May 2, 2025, whether counsel believes that Defendant will be in a position to present such evidence.

The Government noted its objection to releasing Defendant under any conditions.

Total time: 15 minutes  
Date: April 30, 2025

*/s/ James E. Grimes Jr.*  
James E. Grimes Jr.  
U.S. Magistrate Judge